OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

Barbara A. THOMAS, Respondent.

No. 896 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Feb. 11, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of February, 2004, there having been filed with this Court by Barbara A. Thomas her verified Statement of Resignation dated December 10, 2003, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Barbara A. Thomas be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

In the Matter of Mark
Curtis LARSON.

No. 144 DB 2003 (No. 46 RST 2003).

Supreme Court of Pennsylvania.

Feb. 11, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of February, 2004, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated December 19, 2003, are approved and IT IS ORDERED that MARK CURTIS LARSON, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.